IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-00625-MSK-KLM

RAUL HURTADO; and
ALTAGRACIA HURTADO,

      Plaintiffs,

v.

PASSMORE & SONS, L.L.C., an Oklahoma Company,

      Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Plaintiffs' Motion for Voluntary Dismissal of Plaintiffs' Claims Against Defendant May Trucking Company (Motion) **(#27)** filed October 14, 2010. The Court having read the Motion filed herein, and now being fully advised in the premises,

IT IS ORDERED that the Motion is **GRANTED**. Any and all claims asserted against Defendant May Trucking Company in this action are hereby is dismissed, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended. All future captions shall omit Defendant May Trucking Company.

DATED this 14th day of October, 2010.

                              BY THE COURT:

                              *Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Judge