IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00625-MSK-KLM

RAUL HURTADO, and
ALTAGRACIA HURTADO,

      Plaintiffs,

v.

PASSMORE & SONS, L.L.C., an Oklahoma company,

      Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Stipulated Motion to Modify Scheduling Order** [Docket No. 34; Filed December 27, 2010] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered on June 22, 2010 [Docket No. 14], and amended on November 24, 2010 [Docket No. 32], is modified to extend the following deadlines.

- Rebuttal Expert Disclosure Deadline     **February 2, 2011**
- Discovery Cut-Off     **February 16, 2011**
- Dispositive Motions Deadline     **April 1, 2011**

      Dated:  January 3, 2011