IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00625-MSK-KLM

RAUL HURTADO, and
ALTAGRACIA HURTADO,

    Plaintiffs,

v.

PASSMORE & SONS, L.L.C., an Oklahoma company,

    Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Motion to Compel Disclosure of Documents and Information Pertaining to the Insurance Claim File** [Docket No. 47; Filed March 17, 2011] (the "Motion").  Pursuant to the Scheduling Order [Docket No. 14] governing this case, the Motion is premature.  *See Scheduling Order* [#14] at 13, ¶8(h)(5) (incorporating by reference "Section E.1" of the Order Setting Scheduling/Planning Conference [Docket No. 10]).  The Order Setting Scheduling/Planning Conference [#10] provides as follows:

> No opposed discovery motions are to be filed with the Court until the parties comply with D.C.COLO.LCivR 7.1A.  If the parties are unable to reach agreement on a discovery issue after conferring, they shall arrange a conference call with Magistrate Judge Mix to attempt to resolve the issue.  **Both of these steps must be completed before any contested discovery motions are filed with the Court**.

*Order Setting Scheduling/Planning Conference* [#10] at 2 § E.1 (emphasis added).

    Plaintiffs have not arranged a conference call with Defendant and the Court to attempt to resolve the instant discovery dispute.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.

    IT IS FURTHER **ORDERED** that neither party shall file a contested discovery motion

until after (1) unsuccessfully conferring with the other party pursuant to D.C.COLO.LCivR 7.1A, and (2) receiving leave from the Court to file the motion.  To conduct a conference call hearing regarding a discovery issue, the parties shall initiate a conference call and then, once all parties are on the line, dial the Court at **303-335-2770**.

     Dated:  March 17, 2011