IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00625-MSK-KLM

RAUL HURTADO, and
ALTAGRACIA HURTADO,

    Plaintiffs,

v.

PASSMORE & SONS, L.L.C., an Oklahoma company,

    Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion to Modify Scheduling Conference and Reschedule Rule 16 Conference** [Docket No. 50; Filed March 28, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part**.  To the extent that the parties request the extension of certain case deadlines set forth in the Scheduling Order, the Motion is granted.  However, the Court has no authority to reschedule the Rule 16 Conference currently set on the District Judge's calendar [Docket No. 15].  Requests to reset that hearing must be made separately and addressed to the District Judge.

IT IS FURTHER **ORDERED** that the Scheduling Order entered on June 22, 2010 [Docket No. 14], and amended on November 24, 2010 and January 3, 2011 [Docket No. 32], is further modified to extend the following case deadlines.

- Discovery Cutoff  **May 18, 2011**
- Dispositive Motions Deadline  **July 1, 2011**

Dated:  March 28, 2011