IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-00625-MSK-KLM

RAUL HURTADO,

    Plaintiff,

v.

PASSMORE & SONS, L.L.C., an Oklahoma Company,

    Defendant.

## ORDER DISMISSING CLAIM

THIS MATTER comes before the Court on Plaintiff's Motion for Voluntary Dismissal of Plaintiff's Altagracia Hurtado's Loss of Consortium Claim (Motion) **(#67)** filed January 31, 2012. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and Plaintiff Altagracia Hurtado's claim for Loss of Consortium is dismissed. All future captions shall omit Altagracia Hurtado as a Plaintiff.

DATED this 5th day of April, 2012.

                                      **BY THE COURT:**

                                      */s/ Marcia S. Krieger*

                                      Marcia S. Krieger
                                      United States District Judge